FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 29 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:18-CR-073-HDM-WGC |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| KACY SAPP, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Kacy Sapp to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars for Forfeiture of Property, and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which Kacy Sapp pled guilty. Indictment, ECF No 1; Bill of Particulars for Forfeiture of Property, ECF No. 18; Plea Agreement, ECF No. 23; Change of Plea, ECF No. 25; Preliminary Order of Forfeiture, ECF No. 26.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 6, 2019, through April 4, 2019, notifying all potential third

///

parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Smith and Wesson, Model M&P 40 Shield, .40 caliber pistol bearing serial number HLM4140;
2. 10 rounds assorted .40 caliber ammunition; and
3. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___May 29___, 2019.

HONORABLE HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE