| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:18CR00073 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 4:25-cr-00403-MTS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kacy Sapp<br>5783 Lindell Blvd.<br>St Louis, MO 63112 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Howard D. McKibben | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/24/2024 — TO 4/24/2029 |

**OFFENSE**
Use of a Firearm During and in Relation to a Crime of Violence

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Request from Eastern District of Missouri U.S. Probation Office related to violations of supervised release. Offender has resided in the Eastern District of Missouri since release from custody April 24, 2024 with his mother and father.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 28, 2025 — Date
*(signed)* Howard D McKibben — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Missouri

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 4, 2025 — Effective Date
*(signed)* John A. Ross — United States District Judge

1